UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHERRY SUMMERLIN VANDYKEN,

    Plaintiff,

v.                                    Case No:   2:21-cv-459-JLB-MRM

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

## **ORDER**

The Magistrate Judge has entered a Report and Recommendation, recommending that the Commissioner of Social Security's Unopposed Motion for Entry of Judgment with Remand (Doc. 19) be granted.  (Doc. 20.)   No party has objected and the time to do so has expired.   A district judge may accept, reject, or modify a magistrate judge's report and recommendation.   28 U.S.C. § 636(b)(1).   In the absence of objections, a district judge is not required to review the factual findings in the report de novo, but legal conclusions are reviewed de novo even without an objection.   Id.; Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993).   After an independent review of the record, and noting the lack of any objection, the Court agrees with the well reasoned Report and Recommendation.

Accordingly, it is **ORDERED**:

1. The Report and Recommendation (Doc. 20) is **ADOPTED** and made a part of this Order for all purposes.

2. The Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. 19) is **GRANTED**.

3. The decision of the Commissioner is **REVERSED** and this case is **REMANDED** under sentence four of 42 U.S.C. § 405(g) for further administrative action and proceedings as follows:

> Upon remand, the Commissioner will instruct an Administrative Law Judge to obtain psychiatric or psychological expert evidence; reconsider the claimant's mental impairments; further evaluate the claimant's residual functional capacity; if warranted, obtain vocational expert evidence; update the administrative record; offer the claimant the opportunity for a hearing; and issue a new decision. As the same ALJ has already decided this case twice, the Commissioner will direct that the case is remanded to a different ALJ pursuant to the Hearings, Appeals, and Litigation Law Manual (HALLEX).

4. Plaintiff is instructed that any application for fees, costs, or expenses must comply with the Court's Standing Order on Management of Social Security Cases, In re Administrative Orders of the Chief Judge, No. 3:21-mc-1-TJC, Doc. 43 (Dec. 7, 2021).

5. The Clerk is **DIRECTED** to enter judgment accordingly, terminate any pending motions and deadlines, and close the file.

**ORDERED** at Fort Myers, Florida, on April 4, 2022.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE