UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHERRY SUMMERLIN VANDYKEN,

    Plaintiff,

v.                                         Case No:   2:21-cv-459-JLB-KCD

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

    The Magistrate Judge has entered an Amended Report and Recommendation, recommending that Plaintiff's Motion for an Award of Attorney's Fees Under the Equal Access to Justice Act 28 U.S.C. § 2412 (Doc. 23) be granted.  (Doc. 27.)   No party has objected and the time to do so has expired.   A district judge may accept, reject, or modify a magistrate judge's report and recommendation.   28 U.S.C. § 636(b)(1).   The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  Id.   Here, after an independent review of the record, and noting that no objection has been filed, the Court adopts the thorough and well-reasoned Report and Recommendation.

    Accordingly, it is **ORDERED**:

    1.    The Amended Report and Recommendation (Doc. 27) is **ADOPTED**, and the original report and recommendation (Doc. 26) is deemed **moot**.

2. Plaintiff's Motion (Doc. 23) is **GRANTED**. The Court awards Plaintiff $7,625.45 in attorney's fees.

3. This sum may be paid directly to Plaintiff's counsel if the government determines that Plaintiff does not owe a federal debt.

4. The Clerk is **DIRECTED** to enter judgment in Plaintiff's favor accordingly.

**ORDERED** at Fort Myers, Florida, on August 19, 2022.

*[signature]*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE